UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>    Plaintiff<br><br>        v.<br><br>LUZ L. LUGO RAMIREZ<br><br>    Defendant | CIVIL NO. 97-2431(DRD)<br><br>FORECLOSURE OF MORTGAGE |

<u>MOTION FOR EXECUTION OF JUDGMENT</u>

TO THE HONORABLE COURT:

COMES NOW Plaintiff, United States of America, by its undersigned attorneys, and alleges as follows:

1. A Stipulation for Satisfaction of Judgment was executed by the parties in this case on December 31, 1997. In said Stipulation it was agreed the defendant would continue making the regular monthly payment to her mortgage loan in the amount stipulated in the Mortgage Note and Mortgage Deed.

2. Judgment by Default was entered in this case against defendant in the principal aggregate amount of $20,501.49 and $1,102.87 of interest accrued to March 21, 1977 and thereafter at the rate of 4.7743 daily until paid, plus cost until paid, plus any other disbursements that have to be incurred by the plaintiff herein according to the terms of the promissory notes evidencing the loans and the mortgage deed guaranteeing said loans, and attorney's fees, if any.

USA v. Luz L. Lugo Ramirez
Civil No. 97-2431(DRD)
Page -2-

3.  Defendant has not complied with the terms and conditions of said Stipulation for Satisfaction of Judgment entered on February 18, 1998. Last payment received on March 4, 2003.

4.  According to paragraph 3 of the Stipulation for Satisfaction of Judgment if defendant does not comply with the monthly payments as agreed, plaintiff at its sole discretion may proceed with the execution of judgment.

5.  More than five (5) days have elapsed from the date said judgment was entered and, thus a request is being made to this Honorable Court, with notification to all parties, to authorize the execution of judgment, pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 51 of the Rules of Civil Procedure of the Commonwealth of Puerto Rico.

WHEREFORE, plaintiff prays that the United States Marshal for this district be ordered to proceed forthwith to a public sale of the mortgaged property in accordance with the provisions of said judgment, and such further orders or instructions of this Court as may be deemed desirable.

In San Juan, Puerto Rico, this 19th day of March, 2004.

H.S. GARCIA
United States Attorney

S/ AGNES I. CORDERO
Agnes I. Cordero
Assistant U.S. Attorney
U.S.D.C. NO. 126101
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787)766-5656
Fax: (787)766-6219
Agnes.Cordero@usdoj.gov