UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development)<br>    Plaintiff<br><br>        v.<br><br>LUZ L. LUGO RAMIREZ<br>    Defendant | Civil No. 97-2431(DRD)<br><br>FORECLOSURE OF MORTGAGE |

## MOTION TO SET ASIDE SCHEDULED SALE

TO THE HONORABLE COURT:

COMES NOW plaintiff, United States of America, through its undersigned counsel, and most respectfully alleges and prays:

1. A judicial sales were set by the Marshal of this Court to be held on January 11, 18 and 25, 2005, in the instant case.

2. Plaintiff was notified that defendant filed bankruptcy proceedings (Chapter 13), Case No. B05-00155 (SEK). (Copy of Bankruptcy Full Case Summary).

WHEREFORE, the United States requests that the judicial sales scheduled for January 11, 18 and 25, 2005 be set aside and the U.S. Marshal be notified of this Honorable Court's Order.

USA vs. Luz L. Lugo Ramirez
Civil No. 97-2431 (DRD)
-2-

  I HEREBY CERTIFY that copy of this motion has been mailed and faxed to Herman Wirshing, U.S. Marshal, FOB, Room 200, Hato Rey, Rico 00918; Attorney, Alfredo Cardona Alvarez, Box 434, San Germán, Puerto Rico 00683.

  In San Juan, Puerto Rico, this 14th day of January, 2005.

         H.S. GARCIA
         United States Attorney


         S/AGNES I. CORDERO
         AGNES I. CORDERO - 126101
         Assistant U.S. Attorney
         Torre Chardón, Suite 1201
         350 Carlos Chardón Avenue
         San Juan, Puerto Rico 00918
         Tel. No. (787)766-5656
         Fax. No. (787)766-6219
         Agnes.Cordero@usdoj.gov