# Bankruptcy Full Case Summary
## 05-00155

### LUGO RAMIREZ, LUZ L

| | |
|---|---|
| **Office:** San Juan | **County:** Sabana Grande |
| **Judge:** Sara E. De Jesus | |
| **Trustee:** JOSE RAMON CARRION MORALES | **City/Phone:** SAN JUAN (787) 977-3535 |
| **Case Information** | |
| **Filed:** 01/11/05<br>**Chapter:** 13 | **Original filing date:** 01/11/05<br>**Original chapter:** 13 |
| **Voluntary:** Yes<br>**Case type:** Individual<br>**Assets:** Yes | **Business:** No<br>**Joint:** No<br>**Pro se:** No |
| **Bar Dates and Case Status** | |
| **Complaints bar date:** Not Applicable | **Claims bar date:** 05/16/05 |
| **Status:** None<br>**Status date:** | **Disposition:**<br>**Discharged:** |
| **Closing date:** | |
| **Parties** | |
| **Debtor:** LUGO RAMIREZ, LUZ L　SSN: xxx-xx-2056<br>　**Atty:** ALFREDO CARDONA ALVAREZ; SAN GERMAN (787) 892-2665 | |

### PACER Service Center

**Transaction Receipt**

01/14/2005 07:50:26

| | | | |
|---|---|---|---|
| **PACER Login:** | us3928 | **Client Code:** | doj |
| **Description:** | Case Summary | **Case Number:** | 3 2005-00155 |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |

 Need help? Try the PACER User's Guide
✉ Pacer Service Center